FLAHERTY, J., joins this Opinion in Support of Reversal.

CAPPY, J., concurs in the result.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Arthur Bryan COOPER, Respondent.**

**No. 958 Disciplinary Docket No. 2.
Disciplinary Board No. 14 DB 94.**

Supreme Court of Pennsylvania.

March 24, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 24th day of March, 1994, there having been filed with this Court by Arthur Bryan Cooper his verified Statement of Resignation dated February 18, 1994, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Arthur Bryan Cooper be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule

217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**Richard A. HAVASY, individually, and Richard A. Havasy and Judy Havasy, his wife, and Judy Havasy, in her own right, Appellants,**

v.

**Paul RESNICK, M.D., George H. Gilmore, M.D., and St. Margaret Memorial Hospital, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1993.
Decided May 24, 1994.

John F. Becker, Sikov & Love, P.A., Pittsburgh, for appellants.

Louis C. Long, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, for Paul Resnick, M.D.

Kevin C. Harkins, Robert S. Grigsby, Cohen & Grigsby, Pittsburgh, for George H. Gilmore, M.D.

Templeton Smith, Jr., Linton L. Moyer, Thompson, Rhodes & Cowie, P.C., Pittsburgh, for St. Margaret Memorial Hosp.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

MONTEMURO, Senior Justice, was an appointed Justice of the Court at the time of argument.*

* Mr. Senior Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R 1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.